**SO ORDERED.**

Dated: August 28, 2009



_____
**CHARLES G. CASE, II**
**U.S. Bankruptcy Judge**

TIFFANY & BOSCO P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-15794/501586587

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Nathan L. Shaw and Holly J. Shaw<br>      Debtors.<br>_____<br>Flagstar Bank, FSB<br>      Movant,<br>  vs.<br>Nathan L. Shaw and Holly J. Shaw, Debtors,<br>Maureen Gaughan, Trustee.<br><br>      Respondents. | No. 2:09-bk-13144-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #7)<br><br>RE: Real Property Located at<br>217 S. Love Lake Rd.<br>Taylor, AZ 85939 |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 7, 2007 and recorded in the office of the Navajo County Recorder wherein Flagstar Bank, FSB is the current beneficiary and Nathan L. Shaw and Holly J. Shaw have an interest in, further described as:

> That part of Southeast quarter Section 1, Township 12 North, Range 21 East of the Gila and Salt River Meridian, Navajo County, Arizona, described as follows:
>
> COMMENCING at the South quarter corner of said Section 1;
>
> THENCE West, a distance of 164.57 feet;
>
> THENCE North, a distance of 2343.97 feet;
>
> THENCE North 11° 36' 03" West 14.70 feet to the POINT OF BEGINNING;
>
> THENCE North 11° 36' 03" West, a distance of 194.10 feet;
>
> THENCE North 88° 06' 34" East, a distance of 130.80 feet;
>
> THENCE South 10° 40' 41" East, a distance of 193.59 feet;
>
> THENCE South 88° 06' 29" West, 127.64 feet to the POINT OF BEGINNING.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT